No. 368. ANTHONY P. MILLER, INC., ET AL. v. WALTER S. KOZDRANSKI Co., INC., ET AL. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. *John W. Cragun, Paul M. Rhodes* and *Charles A. Hobbs* for petitioners. *John E. Runals* for respondents.

No. 371. FRANKEL, GUARDIAN v. VICK ET AL. C. A. 3d Cir. Certiorari denied. *Lipman Redman* for petitioner. *Perry S. Bechtle* and *Francis E. Shields* for respondents.

No. 373. GREAT LAKES TOWING Co. v. AMERICAN STEAMSHIP Co. C. A. 7th Cir. Certiorari denied. *Walter S. Davis* for petitioner. *Fenton F. Harrison* for respondent.

No. 375. SWANSON v. UNITED STATES. Court of Claims. Certiorari denied. *Claude L. Dawson* and *Donald M. Murtha* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 376. LOCAL 542, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 378. KANTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Irwin L. Germaise* and *Bernard B. Polak* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.